UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Birchler,**
        **Plaintiff(s),**

        **V.**

**Inspire Energy Holdings, et al.,**
        **Defendant(s),**

CIVIL ACTION

NO. <u>19-11721-TSH</u>

## <u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Hillman, D. J.</u>

    The Court having been advised on   October 19, 2020   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

                      By the Court,

  October 19, 2020                                        /s/ Martin Castles
      Date                                              Deputy Clerk